ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Solidstrip, Inc. ) | ASBCA Nos. 59463, 60125, 60400 |
| ) | |
| Under Contract Nos. W912NW-12-P-0608 ) | |
| W912NW-15-P-0025 ) | |

APPEARANCES FOR THE APPELLANT:       John R. Lund, Esq.
                                     William A. Schroeder, Esq.
                                      Counsel

APPEARANCES FOR THE GOVERNMENT:      Scott N. Flesch, Esq.
                                      Army Chief Trial Attorney
                                     Dana J. Chase, Esq.
                                      Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. Accordingly, the appeals are dismissed from the Board's docket with prejudice.

Dated: February 26, 2020

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59463, 60125, 60400, Appeals of Solidstrip, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals